FENNEMORE CRAIG, P.C.
Shannon S. Pierce, NV Bar No. 12471
Wade Beavers, NV Bar No. 13451
300 E. Second Street, Suite 1510
Reno, Nevada 89501
Tel: (775) 788-2200  Fax:     (775) 786-5000
Email: spierce@fclaw.com; wbeavers@fclaw.com

*Attorneys for Defendant*
CORNER INVESTMENT COMPANY LLC dba
THE CROMWELL

FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200  Fax: (775) 786-1177

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG DELLANEVA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORNER INVESTMENT COMPANY d/b/a THE CROMWELL, a Nevada Corporation,<br><br>Defendant. | CASE NO.  2:19-cv-00437-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

WHEREAS, on March 14, 2019, Plaintiff Craig Dellaneva ("Plaintiff") filed his Complaint in the instant action;

WHEREAS, based on the date of service of process, Defendant Corner Investment Company, LLC dba The Cromwell's ("Defendant") response to Plaintiff's Complaint is currently due on **April 8, 2019**;

WHEREAS, due to the workload of defense counsel, Defendant has requested, and Plaintiff has granted, a two-week extension of the responsive pleading deadline, such that the new responsive pleading deadline would be **April 22, 2019**;

WHEREAS, this is the first stipulation or request for extension of any deadline by any party in this case;

1

14764446.2/099503.0060

FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200 Fax: (775) 786-1177

1  NOW THEREFORE, based on the foregoing, the parties, by and through their respective

2  counsel of record, hereby STIPULATE and agree to allow Defendant a two-week extension, to and

3  including April 22, 2019, to file a responsive pleading in response to Plaintiff's Complaint.

4  This stipulation and order is sought in good faith and not for the purpose of delay.

5  IT IS SO STIPULATED.

6  DATED: April 8, 2019.

7  FENNEMORE CRAIG, P.C.                          LEAVITT LEGAL GROUP, P.C.

8  By:  /s/ Shannon S. Pierce                     By  /s/ Kristofer D. Leavitt
   Shannon S. Pierce (NV Bar No. 12471)           Kristofer D. Leavitt, (NV Bar No. 13173)
9  Wade Beavers (NV Bar No. 13451)                612 S. 10th Street
   300 East Second Street - Suite 1510            Las Vegas, NV 89101
10 Reno, Nevada 89501                             Attorneys for Plaintiff
   Attorneys for Defendants                       CRAIG DELLANEVA
11 CORNER INVESTMENT COMPANY LLC
   dba THE CROMWELL

12

13

14  IT IS SO ORDERED.

15

16  _____
    U.S. MAGISTRATE JUDGE
17
    DATED this 8th day of April, 2019.
18

19

20

21

22

23

24

25

26

27

28

2

14764446.2/099503.0060

FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200 Fax: (775) 786-1177

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date,

pursuant to Fed.R.Civ.P.5(b), I am serving a true and correct copy of the attached **STIPULATION**

**TO EXTEND DEADLINE TO RESPOND TO COMPLAINT (First Request)** on the parties

set forth below by:

_____    Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices

_____    Certified Mail, Return Receipt Requested

_____    Via Facsimile (Fax)

_____    Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand Delivered

_____    Federal Express (or other overnight delivery)

\_XX\_\_    Via the Court's CM/ECF system

addressed as follows:

Kristofer D. Leavitt, Esq.
Leavitt Legal Group, P.C.
612 S. 10th Street
Las Vegas, NV 89101
kleavitt@leavittlegalgroup.com

Attorneys for Plaintiff

DATED this 8th day of April, 2019.

_____ /s/  Debbie Sorensen _____
An employee of FENNEMORE CRAIG, P.C.

3

14764446.2/099503.0060