FENNEMORE CRAIG, P.C.
Shannon S. Pierce, NV Bar No. 12471
Wade Beavers, NV Bar No. 13451
300 E. Second Street, Suite 1510
Reno, Nevada 89501
Tel: (775) 788-2200  Fax:    (775) 786-5000
Email: spierce@fclaw.com; wbeavers@fclaw.com

*Attorneys for Defendant*
CORNER INVESTMENT COMPANY LLC dba
THE CROMWELL

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG DELLANEVA, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORNER INVESTMENT COMPANY d/b/a THE CROMWELL, a Nevada Corporation,<br><br>　　　　　Defendant. | CASE NO.  2:19-cv-00437-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Craig Dellaneva and Defendant Corner Investment Company, LLC d/b/a The Cromwell (by and through their respective counsel of record), that the-above entitled matter be dismissed with prejudice, with each party to bear

///

///

///

///

///

///

///

1

15089663

its or his own attorneys' fees and costs.

IT IS SO STIPULATED.

| Dated: This 8th day of August, 2019 | Dated: This 8th day of August, 2019 |
|---|---|
| LEAVITT LEGAL GROUP, P.C.<br>Kristofer D. Leavitt, Esq.<br>612 S. 10th Street<br>Las Vegas, NV 89101<br>kleavitt@leavittlegalgroup.com<br><br>By:/s/ Kristofer D. Leavitt *(with approval)*<br>Attorneys for Plaintiff | FENNEMORE CRAIG, P.C.<br>Shannon S. Pierce (Bar No. 12471)<br>Wade Beavers, NV Bar No. 13451<br>300 East Second Street - Suite 1510<br>Reno, Nevada 89501<br>spierce@fclaw.com; wbeavers@fclaw.com<br><br>/s/ Shannon S. Pierce<br>By: Shannon S. Pierce, Esq.<br>Attorneys for Defendant Corner Investment<br>Company d/b/a The Cromwell |

**ORDER**

IT IS SO ORDERED.

Dated: August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

15089663

2